# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**MEKALE DUCKSWORTH**                                              **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.**    2:20-cv-114-KS-MTP

**CITY OF LAUREL, MISSISSIPPI;**
**JUSTIN LANDRUM, individually and**
**in his official capacity; CLINT HEDGEPETH**
**individually and in his official capacity;**
**JOSH WELCH individually and in his official**
**capacity; JOHN WINDSOR individually and in**
**his official capacity; and JOHN DOES 1-5**                **DEFENDANTS**

## NOTICE OF REMOVAL

TO:      Daniel Waide, Esq. [dwaide@jhrlaw.net]
            JOHNSON RATLIFF & WAIDE, PLLC
            1300 Hardy Street
            Hattiesburg, MS 39404

            Concetta Brooks, Clerk
            Post Office Box 1336
            Laurel, MS 39441
            JONES COUNTY CIRCUIT CLERK

Pursuant to 28 U.S.C.A §1331, §1441, and §1446, Defendants, City of Laurel, Mississippi, Justin Landrum, Clint Hedgepeth, Josh Welch, and John Windsor, ("Defendants") give notice of removal of this civil action from the Circuit Court of Jones County, Mississippi, Second Judicial District, to the United States District Court for the Southern District of Mississippi, Eastern Division. In support of this removal, Defendants submit as follows:

### INTRODUCTION

1.      On or about May 27, 2020, Plaintiff, Mekale Ducksworth, filed his Complaint styled *Mekale Ducksworth vs. City of Laurel, Mississippi; Justin Landrum, Individually and in his official*

*capacity; Clint Hedgepeth, Individually and in his official capacity; Josh Welch, Individually and in his official capacity; John Windsor, Individually and in his official capacity; and John Does 1-5,* and assigned Civil Action No. 2020-39-CV5. ("State Court Action"). A copy of the entire State Court Action is attached hereto as **Exhibit "A"**.

2. The United States District Court for the Southern District of Mississippi, Eastern Division, includes the county in which the State Court Action is now pending. Therefore, removal is proper to this Court pursuant to 28 U.S.C. §104(b)(3) and §1441(a).

3. As set forth below, this Court has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. §1331 which grants federal courts jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States.

**Timeliness of Removal and Other Procedural Requirements**

4. On June 18, 2020, Defendants were served with process. Defendants are the City of Laurel and police officers/employees of the City of Laurel.

5. This *Notice of Removal*, therefore, is timely filed under 28 U.S.C.A. §1446(b)(1) within thirty (30) days after the receipt of the initial pleading by Defendants, from which the Defendants could ascertain that the case is properly removable in accordance with the provisions of 28 U.S.C. §1446(b).

6. Plaintiff asserts in his Complaint that the action against these Defendants is authorized by 42 U.S.C. §1983 and made pursuant to the 1st, 4th and 14th Amendments to the United States Constitution. Plaintiff asserts claims as follows: (1) Count I in violation of 42 U.S.C. §1983 - Fourth Amendment/Fourteenth Amendment - Unlawful Seizure; (2) Count II in Violation of 42 U.S.C. §1983 - 1st Amendment; (3) Count III in Violation of 42 U.S.C. §1983 - Fourth Amendment/Fourteenth Amendment - False Imprisonment; (4) Count IV in Violation of 42 U.S.C.

§1983 - Excessive Force in Violation of Fourth and Fourteenth Amendment; (5) Count V in Violation of 42 U.S. §1983 - Fourteenth Amendment - Equal Protection; (6) Count VI in Violation of 42 U.S.C. §1981, 42 U.S.C. §1985 and 42 U.S.C. §1988 - Race Discrimination; and (7) Count VII in Violation of 42 U.S.C. §1983 - Fourteenth Amendment - Fabrication/Misrepresentation of Evidence.

7. In accordance with 28 U.S.C.A. §1447(b) and L.U.Civ.R. 5(b), Defendants are submitting a copy of the state court pleadings no later than fourteen (14) days from the date of removal.

8. Contemporaneously with the filing of this *Notice of Removal*, Defendants are filing a copy of the same with the Clerk of the Circuit Court of Jones County, Mississippi, Second Judicial District, in accordance with 28 U.S.C.A. §1446(d). Additionally, written notice of the removal is being given to all parties.

9. By filing this *Notice of Removal*, Defendants do not waive and further reserve the right to later assert any objections to service or any other defenses or objections to this action.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully request that this Court proceed with the handling of this case as if originally filed herein.

THIS the 24th day of June, 2020.

                                         **CITY OF LAUREL, MISSISSIPPI, ET AL,**
                                         **Defendants**

                                      By: /s/ Brett W. Robinson
                                             **Brett W. Robinson**

**Brett W. Robinson, [MSB#10006]**
**Hortman Harlow Bassi Robinson**
  **& McDaniel, PLLC**
Post Office Drawer 1409

Laurel, MS 39441-1409
Tele: (601) 649-8611
Fax: (601) 649-6062
brobinson@hortmanharlow.com
**[Attorney for Defendants]**

\* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Brett W. Robinson, counsel for Defendants, City of Laurel, Mississippi, et al, do hereby certify that I have this day filed, via the electronic filing system, a true and correct copy of the above and foregoing document to: all parties of record.

And provided a copy to:

    Concetta Brooks, Clerk
    Circuit Court of Jones County
    Post Office Box 1336
    Laurel, MS 39441

This the 24th day of July, 2020.

                      /s/ Brett W. Robinson
                      **Brett W. Robinson**