IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MEKALE DUCKSWORTH**                                                                 **PLAINTIFF**

v.                                                              CIVIL ACTION NO.: 2:20-cv-114-KS-MTP

**JUSTIN LANDRUM, individually and
in his official capacity; CLINT HEDGEPETH
individually and in his official capacity;
JOSH WELCH individually and in his official
capacity; JOHN WINSDOR individually
and in his official capacity; JOHN DOES 1-5**                                       **DEFENDANTS**

## ORDER ON MOTION IN LIMINE

This cause comes before the court on Plaintiff's Motion in Limine [42] to exclude discussion at trial about the death of a police officer that occurred on June 1, 2023 in Madison, Mississippi. The Court has considered the arguments in the instant motion. The Motion is well taken and is **GRANTED** without prejudice should Defendants want to raise arguments at trial.

SO ORDERED AND ADJUDGED this 6th day of June 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE