IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MEKALE DUCKSWORTH**                                                              **PLAINTIFF**

v.                                                CIVIL ACTION NO. 2:20-CV-114-KS-MTP

**JUSTIN LANDRUM; CLINT
HEDGEPETH; JOSH WELCH;
and JOHN WINDSOR**                                                              **DEFENDANTS**

## FINAL JUDGMENT

THIS MATTER having come on to be heard for jury trial and the jury having been properly impaneled, evidence presented, being properly instructed and after hearing oral argument retired to consider its verdict. On June 8, 2023, the jury returned its verdict [45] into open court. The jury finding and verdict was that Defendant Justin Landrum violated Mekale Ducksworth's Constitutional Rights regarding the fabrication of evidence. The jury returned a money damage judgment against Mr. Landrum in the amount of $5000.00.

The jury further considered the evidence against all defendants on the violation of Constitutional Rights of Plaintiff by using excessive force and false imprisonment to which the jury found in favor of all defendants.

Now, therefore, it is hereby ordered that judgment be and the same is hereby rendered against Justin Landrum in the amount of $5000.00 plus legal interest from and after June 8, 2023, for the claim of violation of Constitutional Rights by fabrication of evidence.

It is further ordered that judgment for the claims against all four defendants Justin Landrum, Josh Welch, Clint Hedgepeth and John Windsor for the claims of violation of Constitutional Rights by using excessive force and false imprisonment are rendered in favor of all defendants. The costs of court are to be divided equally between the Plaintiff and Defendant Josh Welch.

SO ORDERED AND ADJUDGED this 14th day of December 2023, *nunc pro tunc* to June 8, 2023.

KEITH STARRETT
UNITED STATES DISTRICT JUDGE