UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Feb 15 2024
Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MEKALE DUCKSWORTH                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 2:20-cv-114-KS-MTP

CITY OF LAUREL, MISSISSIPPI,
et al.                                                         DEFENDANTS

### JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, as the parties have announced that they have resolved all claims in this matter. Because the Court desires to remove this matter from its docket

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all parties.

IT IS FURTHER ORDERED AND ADJUDGED that, with this matter having been concluded, all currently pending motions, if any, are hereby deemed moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this 15th day of February 2024.

_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE